**PORTER LAW GROUP, INC.**
William L. Porter [133968]
bporter@porterlaw.com
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826
Telephone: 916-381-7868
Facsimile: 916-381-7880

Attorneys for Plaintiff
UNITED STATES OF AMERICA for the Use and
Benefit of BARROWS LANDSCAPING, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### [Sacramento Division]

—ooOoo—

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of BARROWS LANDSCAPING, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation<br><br>Defendants. | CASE NO.  2:13-CV-00646-MCE-KJN<br><br>ORDER OF DISMISSAL OF ACTION |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is hereby DISMISSED with prejudice.  The Clerk of the Court is directed to close this case.

Date: August 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT